# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145898

EDWARD GOLDBERG and MARIETTE
GOLDBERG,
        Plaintiffs-Appellants,

v

                                     SC: 145898
                                     COA: 301439

JOHN WLEZNIAK, M.D., MARIO PASTORES,        Wayne CC: 09-009067-NH
R.N., and ST. MARY HOSPITAL OF LIVONIA,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the June 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

s0122